May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JESCO OPERATING, L.P., Appellant

NO. 14-11-00843-CV                                V.

HESS CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Hess Corporation, signed May 31, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jesco Operating, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.